IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ABIR ALI,

    Petitioner,

v.                                    Civil Action No. 3:17CV656

LAWRENCEVILLE CORRECTIONAL CENTER,

    Respondent.

**MEMORANDUM OPINION**

Abir Ali, a Virginia inmate proceeding pro se, submitted a letter asking about the statute of limitations for filing a writ of habeas corpus under § 2254. By Memorandum Order entered on October 17, 2017, he Court explained that it would not offer legal advice to Ali and that the Court lacked jurisdiction to consider the timeliness of a habeas petition until it is actually filed. (ECF No. 2, at 1.) The Court provided Ali an opportunity to file a § 2254 petition and the Clerk mailed him the standardized form for filing such an action. The Court directed Ali to complete and return the standardized form for filing a § 2254 petition within twenty (20) days of the date of the entry of the October 17, 2017 Memorandum Order. More than twenty (20) days have elapsed and Ali has not completed and returned the standardized form or otherwise responded to the Court's Memorandum Order. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Ali.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Date: November 13, 2017
Richmond, Virginia